UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                          CASE NO. 2020- 17697

EERNESTO VARAS
DEBTOR
-------------------------------/

## MOTION TO HOLD DOLORES MONTADAS IN CONTEMPT
## FOR VIOLATING BANKRUPTCY STAY

COMES DEBTOR, Ernesto Varas, by and through his undersigned attorney. Files this his Motion for Contempt against creditor Dolores Montadas for violating Bankruptcy Stay and states:

1. Debtor filed for chapter 13, Bankruptcy in 2020 and his plan has been confirmed.
2. Dolores Montadas is included in the Bankruptcy as a creditor for her claim against Debtor.
3. Dolores Montadas was previously represented by Paul Platte, Esq. in the above mentioned claim.
4. Dolores Montadas and her attorney Paul Platte have been notified of the bankruptcy .
5. That Dolores Montadas and Paul Platte, have filed a new lawsuit for the same facts under case no 2022-5588 CA -01 in Miami-Dade County Circuit Court and Debtor has been served with the same. Copy attached hereto.
6. That this law suite violates Automatic Stay of Bankruptcy Court.

WHEREFORE, Debtor prays this Honorable Court to hold Dolores Montadas and Paul Platte in contempt for violating bankruptcy automatic stay and award Debtor attorney's fees for having to defend this issue,
I hereby certify that true and correct copy of the foregoing has been sent to Paul Platte, Esq. attorney for Dolores Montadas at paul@paulplatte.com and to Luis Fernandez, Esq. attorney for debtor in civil litigations at lfernandezlaw@aol.com on this 2nd day of May, 2022.


/S/ CARLOS A. SANTOS II
CARLOS A. SANTOS II, ESQ.
ATTORNEY FOR DEBTOR
F.B.N. 249009
8100 WEST FLAGLER STREET STE 202
MIAMI, FLORIDA 33144
TEL 305-265-5678
FAX 305-263-1234
csantoslaw@hotmail.com